UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cr-361-LDG-RJJ |
| ) | |
| vs. ) | |
| ) | |
| GERARDO CEJA, *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Defendant Gerardo Ceja's Motion to Dismiss/Alternatively, Motion to Sever (#42).

The Court having reviewed the Motion (#42) and the file herein, finds that Defendant Gerardo Ceja entered a Change of Plea on October 18, 2010. *See*, Minutes of Proceedings (#81). Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Gerardo Ceja's Motion to Dismiss/Alternatively, Motion to Sever (#42) is **MOOT**.

DATED this  42th   day of October, 2010.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge