# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:10-cr-00361-LDG (RJJ) |
| v. | **ORDER** |
| GERARDO CEJA, | |
|     Defendant. | |

    Defendant Gerardo Ceja has submitted a letter requesting a determination whether the Court objects to his placement in a residential drug abuse treatment program.

    The Court does not object to defendant's participation in a residential drug abuse treatment program, provided that the Bureau of Prisons determines that defendant otherwise meets all requirements to be admitted into a residential drug abuse treatment program.

DATED this _____ day of April, 2011.

_____
Lloyd D. George
United States District Judge